CITY SAVINGS BANK OF BRIDGEPORT *v.* RAYMOND LAWLER ET AL.

The motion by the United States of America to admit Carleton D. Powell for the purpose of argument before this court in the appeal from the Court of Common Pleas in Fairfield County is granted subject to the provisions of Practice Book § 15A with respect to the signing of all pleadings, briefs and papers, and to the presence at all proceedings of a member of the bar of this state who shall assume full responsibility for the conduct of the appeal.

*Richard L. Winter,* chief assistant United States attorney for the district of Connecticut, in support of the motion.

Submitted February 18—decided March 1, 1972

STATE OF CONNECTICUT *v.* NOWELL BRAITHWAITE

The motion by the defendant for review of the denial of his motion to rectify the appeal from the Superior Court in Hartford County is denied.

*Noble K. Pierce,* in support of the motion.

Submitted February 21—decided March 1, 1972

HOUSING AUTHORITY OF THE CITY OF NEW HAVEN ET AL. *v.* DONALD T. DORSEY ET AL.

The motion by the plaintiffs for an order directing the trial court to make a finding and perfect the record in the appeal from the Superior Court in New Haven County having been considered, it is ordered that the trial court make such a finding and perfect the record.

*Ronald J. Fracasse,* in support of the motion.